IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00862-PSF-BNB

DANIEL SHIKIAR,

Plaintiff,

v.

PALISADE CORPORATION,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 18, filed July 12, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the proposed Amended Complaint, which is docket entry no. 19.

DATED:  August 1, 2006