IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00862-PSF-BNB

DANIEL SHIKIAR,

Plaintiff,

v.

PALISADE CORPORATION,

Defendant.
_____

## ORDER
_____

This matter is before me on the defendant's **Unopposed Motion for Leave to File First Amended Counterclaims** [Doc. # 30, filed 8/31/2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *First Amended Counterclaims* [Doc. # 30-3] attached as an exhibit to the Motion.

Dated September 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge