IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00862-PSF-BNB

DANIEL SHIKIAR,

    Plaintiff,

v.

PALISADE CORPORATION,

    Defendant.

## ORDER RE: MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Advisement of Pending Settlement and Motion for Stay (Dkt. # 47). In light of the representations that "the parties have reached a settlement in principle as to all claims and counterclaims," the Court hereby GRANTS the motion. Counsel are DIRECTED to file a stipulation for dismissal of this matter on or before **November 1, 2006**.

IT IS FURTHER ORDERED that this case is STAYED pending filing of dismissal papers.

DATED: October 12, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge