IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00862-PSF-BNB

DANIEL SHIKIAR,

    Plaintiff,

v.

PALISADE CORPORATION,

    Defendant.

---

## ORDER GRANTING EXTENSION OF STAY OF PROCEEDINGS
---

    The parties' Joint Motion to Extend Stay of Proceedings (Dkt. # 50) is GRANTED. It is hereby ORDERED that the parties shall have to and including November 15, 2006 within which to file a stipulation of dismissal of this case.

    DATED: November 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge