IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00862-PSF-BNB

DANIEL SHIKIAR,

    Plaintiff,

v.

PALISADE CORPORATION,

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiff's and Defendants' Joint Motion for Dismissal with Prejudice (Dkt. # 56). Accordingly, the Court, being fully advised in the premises and by consent and stipulation of the parties, it is

ORDERED that the Joint Motion is GRANTED and the above-captioned action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE, each party bearing his or its own attorneys' fees and costs.

DATED: November 22, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge